UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
New Rez, LLC, d/b/a Shellpoint Mortgage Servicing

In Re:

Felix A. Taveras,

Debtor.

Case No.: 25-18110-JKS

Chapter: 13

Hearing Date: 10/09/2025

Judge: Sherwood

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Secured Creditor's Objection to Confirmation (Docket # 15)

Date: 10/01/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*