Certificate Number: 00927-NJ-DE-040531281

Bankruptcy Case Number: 25-18110



00927-NJ-DE-040531281

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 20, 2026, at 11:25 o'clock PM EST, Felix A Taveras completed a course on personal financial management given by internet by 247 Bankruptcy Class, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  January 20, 2026

By:  /s/Al Duarte

Name:  Al Duarte

Title:  Certified Credit Counselor