Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  25−18110−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Felix A. Taveras
    aka Felix Alexander Taveras
    1195 S State Steet
    Hillside, NJ 07205

Social Security No.:
    xxx−xx−3087

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 16, 2026.

Dated: March 16, 2026
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| In re: | | Case No. 25-18110-JKS |
|---|---|---|
| Felix A. Taveras | | Chapter 13 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 16, 2026 | Form ID: plncf13 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Felix A. Taveras, 1195 S State Steet, Hillside, NJ 07205-2609 |
| 520765749 | + | Bank of America, PO Box 15796, Wilmington, DE 19850-5796 |
| 520773403 | + | NewRez LLC d/b/a, Shellpoint Mortgage Servicing, Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225 San Diego, CA 92108-3808 |
| 520765766 | + | Taveras Auto Trucking LLC, 1195 S State Street, Hillside, NJ 07205-2609 |
| 520765767 | + | Yanira Taveras, 1195 S State Street, Hillside, NJ 07205-2609 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 16 2026 21:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 16 2026 21:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520768349 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 16 2026 21:40:22 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520817600 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 16 2026 21:40:04 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520765745 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 16 2026 21:31:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 520765746 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 16 2026 21:31:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520765748 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 16 2026 21:31:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Pob 26012, Greensboro, NC 27410 |
| 520814947 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Mar 16 2026 21:31:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520765750 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 16 2026 21:32:00 | Barclays Bank, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 520765751 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 16 2026 21:32:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 520765752 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 16 2026 21:40:12 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520765753 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2026 21:40:25 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, St Louis, MO 63179-0046 |
| 520765754 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 16 2026 21:33:00 | ComenityCapital/Modell, Attn: Bankruptcy Dept, |

District/off: 0312-2                          User: admin                                    Page 2 of 3
Date Rcvd: Mar 16, 2026                       Form ID: plncf13                               Total Noticed: 33

| Recip ID | | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Po Box 182125, Columbus, OH 43218-2125 |
| 520765760 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 16 2026 21:40:24 | Macy's/ DSNB, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 520765755 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 16 2026 21:32:00 | Internal Revenue Services, Special Processing Branch, PO Box 724, Springfield, NJ 07081 |
| 520765756 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 16 2026 21:40:12 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520832636 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 16 2026 21:40:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520765759 | + | Email/Text: camanagement@mtb.com | Mar 16 2026 21:32:00 | M & T, POB 1288, Buffalo, NY 14240-1288 |
| 520843301 | | Email/Text: mtgbk@shellpointmtg.com | Mar 16 2026 21:32:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603-0826 |
| 520770765 | + | Email/Text: RASEBN@raslg.com | Mar 16 2026 21:32:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 520765761 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 16 2026 21:32:00 | Nr/sms/cal, 601 Office Center Dr, Fort Washington, PA 19034-3275 |
| 520816864 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 16 2026 21:40:05 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520842133 | + | Email/Text: peritus@ebn.phinsolutions.com | Mar 16 2026 21:33:00 | STELLANTIS FINANCIAL SERVICES, PO Box 1149, Grapevine, TX 76099-1149 |
| 520765762 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Mar 16 2026 21:33:00 | Stellantis Financial Srvs, Attn: Bankruptcy, 3065 Akers Mill Rd Se, Ste 700, Atlanta, GA 30339-3124 |
| 520765763 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 16 2026 21:40:19 | Synchrony Bank/Banana Republic, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 520765764 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 16 2026 21:40:00 | Synchrony Bank/HHGregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520765765 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 16 2026 21:40:19 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Department, Po Box 965060, Orlando, FL 32896-5060 |
| 520765768 | ^ | MEBN | Mar 16 2026 21:33:57 | Toyota Financial Services, Attn: Bankruptcy, Po Box 259004, Plano, TX 75025-9004 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520765747 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520765757 | *+ | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520765758 | *+ | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 520765769 | *+ | Toyota Financial Services, Attn: Bankruptcy, Po Box 259004, Plano, TX 75025-9004 |
| 520765770 | *+ | Yanira Taveras, 1195 S State Street, Hillside, NJ 07205-2609 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0312-2                                      User: admin                                      Page 3 of 3

Date Rcvd: Mar 16, 2026                                  Form ID: plncf13                                 Total Noticed: 33

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Levi Chaimowitz | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing chamo549@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Nathalie Rodriguez | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing nrodriguez@raslg.com  NJbkyecf@flwlaw.com |
| Russell L. Low | on behalf of Debtor Felix A. Taveras ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6