**LOW & LOW** ATTORNEYS AT LAW, LLC
505 Main Street, Suite 304
Hackensack, New Jersey 07601
Tel: (201) 343-4040
Fax: (201)-488-5788

**STANLEY W. LOW**

**RUSSELL L. LOW**
russell@lowbankruptcy.com

August 12, 2026

Honorable John K. Sherwood
50 Walnut Street, 3rd Floor
Newark, N.J. 07102
Courtroom 3D

**Re: Case No. 25-18110-JKS, Felix A. Taveras**

Dear Honorable Sherwood,

This letter shall serve as a request for Withdrawal of Doc. 31, Certification in Opposition to Motion for Relief from Stay.

Respectfully,

/s/ Russell L. Low
**Russell L. Low, Esq.**